# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3072

_____

Epice Corporation, a Nevada              *
corporation,                             *
                                         *
                Appellant,               *
                                         *   Appeal from the United States
        v.                               *   District Court for the Eastern
                                         *   District of Missouri.
Land Reutilization Authority of the      *
City of St. Louis, Missouri, The;        *   [UNPUBLISHED]
James W. Murphy, Sheriff of the          *
City of St. Louis, Missouri; City of     *
St. Louis, Missouri; Gregory F. X.       *
Daly, Collector of Revenue of the        *
City of St. Louis,                       *
                                         *
                Appellees.               *

_____

Submitted: April 7, 2011
Filed: April 27, 2011

_____

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Epice Corporation (Epice) appeals the district court's[1] adverse grant of summary judgment in its 42 U.S.C. § 1983 action. Having carefully reviewed the record and considered Epice's arguments for reversal, we find no basis for overturning the district court. See Vargo-Schaper v. Weyerhaeuser Co., 619 F.3d 845, 848 (8th Cir. 2010) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.